UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

              Plaintiff,

  -against-

MICHAEL ABIDEMI ADELEKE, Licensed Practical Nurse, Bedford Hills Correctional Facility; CAPTAIN PAUL ARTUZ, Deputy Superintendent for Security, Bedford Hills Correctional Facility; MARTHA BALL, Acting Deputy Chief of Sex Crimes, Office of Special Investigations; JASON EFFMAN, Associate Commissioner and PREA Coordinator; BRETT FUSCO, Sergeant, Bedford Hills Correctional Facility; AILEEN MCCARTHY, Deputy Superintendent of Health, Bedford Hills Correctional Facility; EILEEN RUSSELL, Superintendent, Bedford Hills Correctional Facility; LAURA SCHADE, Assistant Deputy Superintendent and PREA Compliance Manager, Bedford Hills Correctional Facility; SHARON SIMONS, Corrections Officer, Bedford Hills Correctional Facility; PATRICIA TSURUGA, Nurse Administrator, Bedford Hills Correctional Facility; JOHN and JANE DOE 1-15, Corrections Officers, Bedford Hills Correctional Facility; JOHN and JANE SMITH 1-15, Medical Staff Employees, Bedford Hills Correctional Facility,

              Defendants.

No. 25 Civ. 6930

**PLEASE TAKE NOTICE** that, on the accompanying Memorandum of Law dated August 20, 2025; Declaration of Plaintiff Jane Doe, dated August 18, 2025; and the Declaration of Jessica Gorelick, LCSW dated August 20, 2025, Plaintiff Jane Doe will move this Court, at such convenient time as counsel may be heard, pursuant to Federal Rules of Civil Procedure 10(a) and 17(a) for an Order permitting Plaintiff to proceed under a pseudonym in her action, and for such other relief as the Court deems appropriate and just.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any answering papers shall be served within fourteen days after service of the moving papers, and any reply papers shall be served within seven days after service of the answering papers.

Dated: August 21, 2025
      New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

/s/

Sydney Zazzaro
Katherine Rosenfeld
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
*Attorneys for Plaintiff*
