```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JANE DOE,                                :
                                         :
                         Plaintiff,      :    25cv6930 (DLC)
                                         :
              -v-                        :    ORDER
                                         :
MICHAEL ABIDEMI ADELEKE, et al.,         :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    The plaintiff initiated this action on August 21, 2025 and moved to proceed under a pseudonym. Accordingly, it is hereby

    ORDERED that the plaintiff's August 21, 2025 motion is granted, without prejudice to revisiting the issue at a later date upon motion of the defendants.

Dated:    New York, New York
           August 22, 2025

                                        _____
                                            DENISE COTE
                                United States District Judge