# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

August 29, 2025

*Via ECF*

Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

[Handwritten: Granted. The Clerk of Court shall transfer this action to White Plains. Denise Cote 8/29/25]

Re:  Doe v. Adeleke et al., Index No. 1:25-cv-6930(DLC)

Dear Judge Cote:

This office represents Plaintiff Jane Doe in the above-captioned case.

On August 21, 2025, our office initiated this case and filed a Civil Cover Sheet asking that this case be assigned to the Manhattan courthouse. *See* ECF No. 2. We now realize that this was an error and that this Court's rules require that this case be assigned to the White Plains courthouse. We sincerely apologize for this error.

We write to alert the Court to this mistake, and to request leave to file a motion for a change of venue to this District's courthouse in White Plains, or for the Court to accept this letter motion as Plaintiff's request to change venue to White Plains.

As outlined in the complaint, Plaintiff was sexually assaulted while under Defendants' custody and care when she was incarcerated at Bedford Hills Correctional Facility in Bedford Hills, New York. *See* ECF No. 1. Bedford Hills is located in Westchester County. Most of the named defendants in this case work in Westchester County, and, according to Plaintiff's research, at least one of the defendants resides in Putnam County. Plaintiff herself is no longer incarcerated and resides in Queens County, New York.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

   Pursuant to Rule 18(a)(3)(A) of this Court's Rules for the Business Among District Judges, "[a] civil case shall be designated for assignment to White Plains if … the claim arose in whole or in part in the Northern Counties and at least one of the parties resides in the Northern Counties[.]" Westchester County and Putnam County are both one of the Northern Counties. R. Bus. Among Dist. Judges 18(a)(2)(B).

   Because Plaintiff's claim arose in a Northern County and because at least one of the defendants reside in a Northern County, we respectfully request leave to file a motion to transfer the venue of this case to White Plains, or for the Court to accept this letter-motion as such a request.

   We realize that this Court has already issued preliminary relief on Plaintiff's Motion to Proceed Under a Pseudonym and appreciate the Court's attention to that motion. Again, we apologize for this error and thank the Court for its attention to this issue.

          Respectfully submitted,

          /s/ Sydney Zazzaro
          Sydney Zazzaro
          Katherine Rosenfeld