# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

February 11, 2026

*Via ECF*

The Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    *Doe v. Adeleke et al., Index No. 1:25-cv-6930*

Dear Judge Karas:

This office represents Plaintiff Jane Doe in the above-captioned case. We write pursuant to the Court's Individual Rule I.C to respectfully move for an adjournment of the pre-motion conference scheduled for February 18, 2026 at 3:00pm. Counsel for Defendants Artuz, Ball, Effman, Fusco, McCarthy, Russell, Schade, Simons, and Tsuruga has consented to this adjournment. This office did not reach out to any counsel for Defendant Adeleke as none have appeared in this case.

Plaintiff requests an adjournment of the February 18th conference because both counsel for Plaintiff, Katherine Rosenfeld and Sydney Zazzaro, will both be out of office from February 17th through February 20th on previously scheduled vacations. This is the parties' first request for an adjournment. The parties conferred and are available the following week on February 23rd, February 24th before 1:00pm, or February 25th for a rescheduled conference.

In light of the foregoing, we respectfully request that the Court grant Plaintiff's letter motion to adjourn the February 18th pre-motion conference until a date of the Court's choosing. Thank you for your consideration.

Granted. The conference is moved to
2/ 23 /26, at  11:30 VIA
+ telleconference
So Ordered

2/11/26

Respectfully submitted,

Sydney Zazzaro
Katherine Rosenfeld