UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Jane Doe,

              Plaintiff,                 25 Civ. 06930  (KMK)(AEK)

    -against-

Michael Abidemi Adeleke, et al.,        CALENDAR NOTICE

             Defendant.
-----------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, April 22, 2026 at 10:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160  Access Code: 4653066

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the Pro Se party of the above teleconference information.  Counsel in any Pro Se inmate cases shall ensure that the Pro Se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: April 10, 2026
       White Plains, New York

                                 So Ordered

                                 _____
                                 Kenneth M. Karas, U.S.D.J