UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JANE DOE,

                Plaintiff,                **ORDER**

       -against-                  25 Civ. 6930 (KMK) (AEK)

MICHAEL ABIDEMI ADELEKE,
CAPTAIN PAUL ARTUZ, MARTHA BALL,
JASON EFFMAN, BRETT FUSCO,
AILEEN MCCARTHY, EILEEN RUSSELL,
LAURA SCHADE, SHARON SIMONS,
PATRICIA TSURUGA,
JOHN AND JANE DOES 1-15, Corrections
Officers, Bedford Hills Correctional Facility;
JOHN AND JANE SMITH 1-15, Medical
Staff Employees, Bedford Hills Correctional
Facility,

                Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Defendant Adeleke, who is proceeding *pro se,* is directed to file a **Notice of Pro Se Appearance** using the form available at https://nysd.uscourts.gov/forms/notice-appearance.

Defendant Adeleke also may, but is not required to, file a **Consent to Electronic Service** (available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf) to receive notification by email of all filings in this action. **Instructions** for this electronic service option are available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf,

Defendant Adeleke also may, but is not required to, file a **Motion for Permission for Electronic Case Filing** (available at https://nysd.uscourts.gov/sites/default/files/2019-04/2012-prosemotionecffiling-final.pdf) to file documents electronically.

The Clerk of Court is directed to:

1. Add the PRO SE DFT Flag to this action.

2. Add the following address to the caption of the docket: Michael Adeleke, 115 Forest Ridge Road, Waterbury, CT 06708.

3. Mail Defendant the Information Package for Defendants and note the mailing on the docket.

4. Add CASE MANAGEMENT NOTE to the docket.

5. Mail a copy of this order to the following address: Michael Adeleke, 115 Forest Ridge Road, Waterbury, CT 06708

6. Email a copy of this order to the following address: wabashiru@gmail.com.

SO ORDERED.

Dated:    June 23, 2026
          White Plains, New York

_____
         ANDREW E. KRAUSE
      United States Magistrate Judge