UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE DOE,

                        Plaintiff,                **ORDER**

          -against-                    25 Civ. 6930 (KMK) (AEK)

MICHAEL ABIDEMI ADELEKE,
CAPTAIN PAUL ARTUZ, MARTHA BALL,
JASON EFFMAN, BRETT FUSCO,
AILEEN MCCARTHY, EILEEN RUSSELL,
LAURA SCHADE, SHARON SIMONS,
PATRICIA TSURUGA,
JOHN AND JANE DOES 1-15, Corrections
Officers, Bedford Hills Correctional Facility;
JOHN AND JANE SMITH 1-15, Medical
Staff Employees, Bedford Hills Correctional
Facility,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court held a status conference on June 15, 2026, at which the following matters were addressed and the following deadlines were set:

       1.      By June 29, 2026, Defendant Adeleke must respond to Plaintiff's requests for production and interrogatories.

       2.      Defendant Adeleke's deposition, which had been scheduled for July 7, 2026, was adjourned, with no new date set at this time.

       3.      Plaintiff must file a status report regarding the issues discussed at the conference on or before July 2, 2026.

       4.      Defendants' responses to any issues raised in the July 2, 2026 report must be filed on or before July 9, 2026.

2

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* at his address of record on the docket.

Dated:  June 23, 2026
        White Plains, New York

                                                    **SO ORDERED.**

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge

2