UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JANE DOE,

Plaintiff,

-against-

MICHAEL ABIDEMI ADELEKE,
CAPTAIN PAUL ARTUZ, MARTHA BALL,
JASON EFFMAN, BRETT FUSCO,
AILEEN MCCARTHY, EILEEN RUSSELL,
LAURA SCHADE, SHARON SIMONS,
PATRICIA TSURUGA,
JOHN AND JANE DOES 1-15, Corrections
Officers, Bedford Hills Correctional Facility;
JOHN AND JANE SMITH 1-15, Medical
Staff Employees, Bedford Hills Correctional
Facility,

Defendants.

-----------------------------------------------------------x

**ORDER**

25 Civ. 6930 (KMK) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At the September 15, 2026 status conference, the Court and parties discussed the scheduling of *pro se* Defendant Adeleke's deposition. Counsel for Plaintiff is directed to file a letter via ECF addressed to Judge Krause updating the Court when Defendant Adeleke's deposition is scheduled. The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Defendant Adeleke.

Dated: September 16, 2026
White Plains, New York

**SO ORDERED.**

Andrew Krause

ANDREW E. KRAUSE
United States Magistrate Judge